United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-51437
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO ALDAPE-ORTIZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-03-CR-276-4
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Roberto Aldape-Ortiz
("Aldape") has requested leave to withdraw from this appeal and
has filed a brief as required by Anders v. California, 386 U.S.
738 (1967).  Aldape has received a copy of counsel's motion and
brief but has not filed a response.  Our independent review of
the brief and the record discloses no nonfrivolous issues for
appeal.  Counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities, and the appeal
is DISMISSED.  See 5TH CIR. R. 42.2.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.